**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 19, 2015.**



**In The**

# 𝕴𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-14-00625-CV

**ALFREDO HERNANDEZ, Appellant**

**V.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1038995**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 1, 2014. On September 4, 2014, we referred this case to mediation. On March 5, 2015, appellant filed a motion to dismiss the appeal because the case has settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.